DOUGLAS F. STORER, Appellant, v. BION EXHIBITS, INC., et al., Respondents. — Action by plaintiff, a former agent of defendant Bion Exhibits, Inc., to recover as against said defendant commissions alleged to have been earned, the reasonable value of services performed, and damages for an alleged unlawful discharge, and as against the other named defendants for damages alleged to have resulted from a conspiracy to induce the defendant Bion to breach its contract with plaintiff. Plaintiff appeals from an order insofar as it denies a general discovery and inspection of the books and records of the defendants Bion Exhibits, Inc., and John Arthur Exhibitions, Inc. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

■

## (March 31, 1954.)

■

In the Matter of the Application of ROBERT T. CREASEY, for Admission to Practice as an Attorney. (From the State of Texas.) — Application granted. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ.

■

In the Matter of the Application of NATHANIEL G. SIMS, for Admission to Practice as an Attorney. (From the State of North Carolina.) — Application granted. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ.

■

## THIRD DEPARTMENT, MARCH, 1954.

## (March 24, 1954.)

■

In the Matter of the Estate of LOUIS B. BASTEN, Deceased. MYRTLE J. BASTEN, Appellant; AUSTIN S. BASTEN, as Executor of LOUIS D. BASTEN, Deceased, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Imrie, JJ., concur. [204 Misc. 937.]

■

In the Matter of the Claim of SANTO GRECO, Respondent, against TRAVELERS INSURANCE COMPANY, Appellant, and MICHIGAN MUTUAL LIABILITY COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down February 26, 1954, is amended by eliminating the provision which awarded costs to the Workmen's Compensation Board, and by adding thereto a provision awarding costs to the respondent, Michigan Mutual Liability Company. Foster, P. J., Bergan, Coon and Imrie. JJ.. concur. [See *ante*, p. 762.]